Entered on Docket
June 28, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: June 25, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

| | |
|---|---|
| 1 | Prober & Raphael, |
| 2 | A Law Corporation |
| | Dean Prober, Esquire, #106207 |
| 3 | Lee S. Raphael, Esquire, #180030 |
| | Cassandra J. Richey, Esquire #155721 |
| 4 | David F. Makkabi, Esquire #249825 |
| | P.O. Box 4365 |
| 5 | Woodland Hills, CA 91365-4365 |
| 6 | (818) 227-0100 |
| | Attorneys for Secured Creditor |
| 7 | U.S. Bank, N.A. successor in interest to |
| | the FDIC as receiver for Downey |
| 8 | Savings and Loan Association, FA |
| | F.040-1628 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                         ) Bk. No. 10-44228
EVELYN M. MOSS,                               )
                                              ) CHAPTER 7
         Debtor.                              )
                                              ) R.S. No. DRP – 773
                                              )
                                              ) ORDER FOR RELIEF FROM
                                              ) <u>AUTOMATIC STAY</u>
                                              )
                                              ) Hearing-
                                              ) Date :June 18, 2010
                                              ) Time :10:00 a.m.
                                              ) Place : U.S. Bankruptcy Court
                                              )         1300 Clay Street, 2nd Floor
_____            )         Oakland, CA
                                              )         Courtroom 215

The Motion for Relief from Automatic Stay of U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on June 18, 2010 at 10:00 .m., before the Honorable Edward D. Jellen. Appearances are as set forth in the Court's docket.

The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

1         IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is hereby vacated and extinguished for all purposes as to U.S. Bank, N.A. successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest may proceed with foreclosure of the subject Property generally described as **2146 Goff Avenue, Pittsburg, California** pursuant to applicable statutory law, and thereafter commence any action necessary to obtain complete possession thereof.

        IT IS FURTHER ORDERED that entry of this order shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee may have in the subject Property.

        IT IS FURTHER ORDERED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

\*\* END OF ORDER\*\*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Evelyn M. Moss<br>2146 Goff Avenue |
| 3 | Pittsburg, CA 94565-4735<br>Debtor |
| 4 | |
| 5 | Diana J. Cavanaugh, Esquire<br>Law Offices of Diana J. Cavanaugh |
| 6 | 1849 Willow Pass Rd., #204<br>Concord, CA 94520 |
| 7 | Attorney for Debtor |
| 8 | John T. Kendall |
| 9 | 2601 Blanding Ave., Bldg. C, Ste 110<br>Alameda, CA 94501 |
| 10 | Chapter 7 Trustee |
| 11 | U.S. Trustee<br>1301 Clay Street, Room 690N |
| 12 | Oakland, CA 94612-5202 |
| 13 | Prober & Raphael, A Law Corporation |
| 14 | 20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 |